## In re SPOFFORD.

(Circuit Court of Appeals, Second Circuit.   December 10, 1894.)

### No. 47.

Appeal from the Circuit Court of the United States for the Southern District of New York.

Miller, Peckham & Dixon, for appellant.
Root & Clarke, for petitioner.
Appeal dismissed by consent.

## STATE OF WASHINGTON v. MORRISON.

(Circuit Court of Appeals, Ninth Circuit.  June 14, 1895.)

### No. 236.

Appeal from the District Court of the United States for the Northern Division of the District of Washington.

Chas. Page, for appellees.
Case docketed and dismissed on motion of counsel for appellees.

## TRAVERS v. AMERICAN CORDAGE CO.

(Circuit Court of Appeals, Second Circuit.   December 7, 1894.)

Appeal from the Circuit Court of the United States for the Southern District of New York.

Briesen & Knauth, for appellant.
Betts, Hyde & Betts, for appellee.
Discontinued by consent.

## THE VOLUNTEER.

### MURRAY et al. v. NEW YORK, N. H. & H. R. CO.

(Circuit Court of Appeals, Second Circuit.   November 14, 1894.)

### No. 23.

Appeal from the District Court of the United States for the Eastern District of New York.

W. W. Goodrich, for claimants and appellants.
Henry W. Taft, for libelant and appellee.
Before WALLACE and LACOMBE, Circuit Judges, and TOWNSEND, District Judge.
No opinion.   Affirmed.

## YUCU v. McCARTHY, United States Marshal.

(Circuit Court of Appeals, Second Circuit.   May 6, 1895.)

Appeal from the Circuit Court of the United States for the Southern District of New York.

G. M. Curtis, for appellant.
Wallace Macfarlane, for appellees.
No opinion.   Appeal dismissed, pursuant to the sixteenth rule.